IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TONY HAWKINS, PAUL NIGH,**
**SHONDELL OLLISON, and CHARLIE GRICE III,**
individually and on behalf of others
similarly situated                                                                    **PLAINTIFFS**

      **v.**                  **CASE NO. 4:18-cv-00047-BSM**

**LOOMIS ARMORED US, LLC**                                                                    **DEFENDANT**

**PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**
**AND COURT-AUTHORIZED NOTICE**

Come now Plaintiffs Tony Hawkins, et al., and for their motion for conditional certification and court-authorized notice state:

1.    Plaintiffs are former armored vehicle drivers, guards, and messengers[1] who worked for Defendant Loomis Armored US, LLC ("Loomis").

2.    Plaintiffs brought this action on behalf of themselves and all similarly situated armored vehicle drivers, guards, and messengers who were denied overtime compensation because Loomis misclassified them as exempt from the Fair Labor Standards Act's overtime pay requirements.

3.    Plaintiffs move the Court to conditionally certify the following class:

> All armored vehicle drivers, guards, and messengers who worked for Loomis in Arkansas and drove or rode in a vehicle weighing 10,000 pounds or less from (*3 years from date of mailing*) and continuing through the date on which final judgment is entered in

---

[1] Loomis refers to these employees as Armored Services Technicians. (Doc. 4, at ¶ 1).

this action, were classified as exempt from the Fair Labor Standards Act's overtime pay requirements at any time, and did not file written consents to join *Colon v. Loomis Armored US, LLC*, Case No. 1:16-cv-07350-AKH (S.D.N.Y. 2016).

4. Plaintiffs request that the Court authorize the sending of notice by mail to each employee in the class. Plaintiffs also request that Loomis post a copy of the notice at its various worksites. A copy of Plaintiffs' proposed notice and consent to join form are attached as Exhibit "A" to this motion.

5. Plaintiffs request that the Court order Loomis to produce a complete, electronic list of class members, together with their current or last known address, phone number, e-mail address, and dates of employment, within 10 days of an Order granting conditional certification.

6. Plaintiffs incorporate by reference their accompanying brief in support.

7. Plaintiffs' motion is supported by the following exhibits:

    A. Plaintiffs' Proposed Notice and Consent-to-Join Form;

    B. Loomis "About Us" Webpage;

    C. Loomis "Locations" Webpage;

    D. Loomis "Cash in Transit" Webpage;

    E. Declaration of Tony Hawkins;

    F. Declaration of Shondell Ollison;

    G. Declaration of Charlie Grice III;

    H. Declaration of Paul Nigh; and

    I. Order in *Colon v. Loomis Armored US, LLC*.

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion for conditional certification and authorize notice to putative class members.

    Respectfully submitted,

    HOLLEMAN & ASSOCIATES, P.A.
    1008 West Second Street
    Little Rock, Arkansas 72201
    Tel. 501.975.5040
    Fax 501.975.5043

By:   */s/ John Holleman*
    John Holleman - AR Bar #91056
    jholleman@johnholleman.net
    Timothy A. Steadman – AR Bar #2009113
    tim@johnholleman.net
    Jerry D. Garner – AR Bar #2014134
    jerry@johnholleman.net

## **CERTIFICATE OF SERVICE**

I certify that on March 19, 2018, the foregoing was filed electronically via the Court's CM/ECF system which will send notice to:

Elizabeth R. Murray
murray@fridayfirm.com
Ellen Owens Smith
esmith@fridayfirm.com
FRIDAY, ELDREDGE & CLARK
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone: (501) 370-1534

By: */s/ John Holleman*
John Holleman