IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TONY HAWKINS, PAUL NIGH,**
**SHONDELL OLLISON, and CHARLIE GRICE III,**
individually and on behalf of others
similarly situated                                                                                          **PLAINTIFFS**

v.                           CASE NO. 4:18-cv-00047-BSM

**LOOMIS ARMORED US, LLC**                                                            **DEFENDANT**

---

### NOTICE

---

TO:   Present and former armored vehicle drivers, guards, and messengers employed by Loomis Armored US, LLC.

RE:   Fair Labor Standards Act lawsuit against Loomis.

(1)   INTRODUCTION. The purpose of this notice is to inform you about a pending collective action lawsuit. You may be a member of the plaintiffs' class. This notice will advise you of how your rights may be affected by this suit and to instruct you on the procedure for participating in this suit.

(2)   DESCRIPTION OF THE LAWSUIT. Tony Hawkins, Paul Nigh, Shondell Ollison, and Charlie Grice III brought this suit against Loomis. They allege Loomis misclassified them as exempt from the Fair Labor Standards Act's overtime pay requirements. The employees seek damages in the amount of one-and-a-half times their regular rate of pay for each hour worked over forty in a workweek for which they were not compensated at the appropriate overtime rate. The Plaintiffs also seek an equal amount in liquidated damages and an award of attorneys' fees. The lawsuit is proceeding through pre-trial stages and is set for trial at the federal courthouse in Little Rock, Arkansas.

(3)   COMPOSITION OF THE CLASS. The named Plaintiffs seek to sue on behalf of themselves and also on behalf of other current and former armored vehicle drivers, guards, and messengers who are similarly situated. Specifically, the Plaintiffs seek to sue on behalf of all armored vehicle drivers, guards, and messengers who worked for Loomis in



        Arkansas and drove or rode in a vehicle weighing 10,000 pounds or less from (*3 years from date of mailing*) to the present, were classified as exempt from the Fair Labor Standards Act's overtime pay requirements at any time, and did not opt-into *Colon v. Loomis Armored US, LLC*, Case No. 1:16-cv-07350-AKH (S.D.N.Y. 2016).

(4)     YOUR RIGHT TO PARTICIPATE IN THIS SUIT. If you fit the definition above, you may join this suit (that is, you may "opt in") provided that you file or cause to be filed the attached Consent to Join form. Information regarding the specific filing requirements is available from Plaintiffs' attorney, John Holleman, 1008 West Second Street, Little Rock, AR 72201, (501) 975-5040, jholleman@johnholleman.net. As a result of the Fair Labor Standard Act's statute of limitations, the claims of employees who have not worked for Loomis within the last three years may be time-barred and, if so, no recovery will be available to those employees.

(5)     EFFECT OF JOINING THIS SUIT. If you choose to join this suit, you will be bound by the judgment whether it is favorable or unfavorable. While the suit is proceeding you may be required to provide information, sit for depositions, and testify in court. You will not be required to pay attorneys' fees directly. The Plaintiffs' attorneys will receive a part of any money judgment entered in favor of the class.

(6)     EFFECT OF NOT JOINING THE SUIT. If you choose not to join this suit, you will not be affected by the judgment, favorable or unfavorable. If you choose not to join this suit, you are free to file your own lawsuit. If you do not join this suit, however, its filing will not stop the running of the statute of limitations (deadlines) applicable to any claims you may have against Loomis. Accordingly, if you desire to file your own lawsuit, you should contact an attorney to preserve whatever rights you may have.

(7)     CLASS COUNSEL. If you choose to join this suit, the named Plaintiffs through their attorneys will represent your interests. The Plaintiffs' attorneys and attorneys for the class are:

> John Holleman
> HOLLEMAN & ASSOCIATES, P.A.
> 1008 West Second Street
> Little Rock, Arkansas 72201
> Telephone: (501) 975-5040
> Toll Free: (855) 825-5916
> Facsimile: (501) 975-5043
> Email: jholleman@johnholleman.net

(8) <u>FURTHER INFORMATION</u>. Further information about this suit, your rights to join this action, information about filing a Consent to Join, and additional Consent to Join forms, can be obtained by contacting John Holleman at (501) 975-5040.

(9) <u>RETALIATION PROHIBITED</u>. The law prohibits anyone from discriminating or retaliating against you for taking part in this case. If you believe you have been penalized, discriminated against, or in any way disciplined or punished, or if you have been threatened or intimidated in any way, as a result of your receipt of this notice or election to participate in this lawsuit, you should contact John Holleman or the Clerk of the Court immediately.

THE COURT HAS MADE NO DECISION REGARDING
THE MERITS OF THE CLAIMS OR DEFENSES.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TONY HAWKINS, PAUL NIGH,
SHONDELL OLLISON, and CHARLIE GRICE III,
individually and on behalf of others
similarly situated                                                                                    **PLAINTIFFS**

    **v.**        **CASE NO. 4:18-cv-00047-BSM**

**LOOMIS ARMORED US, LLC**                                                                                **DEFENDANT**

**CONSENT TO JOIN COLLECTIVE ACTION**

      I hereby consent to join the action against the above-referenced Defendant, or any other individual or entity who may be liable as an employer under the Fair Labor Standards Act, as a Plaintiff to assert claims for violations of the Fair Labor Standards Act. If this case does not proceed collectively, I also consent to join any subsequent action to assert claims against the above-referenced Defendant. I consent to becoming a party Plaintiff to this lawsuit, to be represented by HOLLEMAN & ASSOCIATES, P.A., and to be bound by any settlement of this action or adjudication of the court.

Consented to on this _____day of _____, 2018

| _____ | _____ |
|---|---|
| Print Name | Telephone |
| _____ | _____ |
| Signature | Address |
| _____ | _____ |
| Date | Email |

RETURN FOR FILING **BEFORE [90 days after mailing]** to:
John Holleman, Holleman & Associates, P.A., 1008 West Second Street, Little Rock, AR 72201
