ⓘ 0    (/about-us/bcp-plan) (/about-us/bcp-plan)

There are currently no alerts. Prepare yourself with our BCP Plan today and never be caught off guard.



(/)

Find a Location Near \`

# About Us

As the largest integrated cash distribution network in the United States—with nearly 200 locations, 9,000+ employees, and 3,000+ vehicles—we are proud to provide cash-handling products and services to financial institutions and commercial/retail businesses nationwide.

Sustainability Report

Learn more about our approach regarding sustainability.

## Our History & Heritage

With American roots more than 160 years old, we continue to provide reliable transport, just as our founding fathers did for the earliest American Gold Rush pioneers. In 1925, Loomis introduced the first armored car ("Old Number One") west of the Mississippi, which now resides in our Denver facility. Though retired, it still runs enthusiastically and makes occasional public appearances.

In 2001, **Loomis, Fargo & Co.** merged with **Securitas AB**, a diverse international security leader, with the intention of eventually consolidating Loomis, Fargo U.S. operations, and Securitas' European cash-handling group—ultimately spinning off as an independent cash-handling company. In 2007, the combined international cash-handling group was renamed Loomis. Today, our international network includes 400+ locations spanning the U.S. and eleven western European countries, making us the international leader of the cash-handling industry.

## Our Values & Conduct

We believe in simplicity, sincerity, and clarity. In providing exceptional value to our customers, our values serve as the foundation of our actions—from our colleagues to our customers and stakeholders. It is how we live our values in everyday life that makes us different from our competitors. As we strive to be the industry employer of choice, reduce the environmental impact of our operations, and hold ourselves to the highest ethical standards, we always consider the following:

### People

We are committed to developing quality people and treating everyone with respect.

### Service

We strive for exceptional quality, innovation, value, and customer satisfaction.

### Integrity

We perform with honesty, vigilance, and the highest ethics.

## Ownership & Financials

Loomis Armored US, LLC, (Loomis) currently operates as a division of Loomis AB with operations in the United States, Europe, and South America. Loomis AB is listed on the NASDAQ OMX Nordic Stock Exchange. The Loomis AB share (Loom B) has been listed on the Stockholm Stock Exchange since December 2008. The share is listed on the Nordic list, mid cap. For financial information about Loomis, please refer to the Loomis AB website (http://www.loomis.com).

- Exchange: (NASDAQ OMX) (http://www.nasdaqomxnordic.com)

- Ticker Symbol: LOOM B

- PricewaterhouseCoopers AB is the external auditor.

- The audit is performed in compliance with the Swedish Companies Act and generally accepted auditing standards in Sweden, which is based on International Standards on Auditing (ISA).

- Loomis AB and Loomis Armored US, LLC, both use the International Financial Reporting Standards (IFRS).

- Loomis is subject to the Swedish Companies Act, Swedish Code for Corporate Governance, and NASDAQ OMX exchange requirements.

## U.S. Management

Our U.S. leadership team is composed of the most seasoned industry professionals around the world, including President Lars Blecko and senior



executives based in the Houston, Texas, U.S., corporate office.

Learn More (/about-us/us-management)

## Loomis Timeline

Over the last 160 years, Loomis has evolved into an international industry leader with a large network covering the United States and Europe. Explore the timeline below to learn how Loomis has shaped the cash management industry since the late 1800s.

Learn More (/about-us/our-history)

## Press Releases

Get the scoop on our official announcements both regionally and worldwide.

Learn More (/about-us/press-releases-and-news)

Find out how we can help you with your cash management

Contact Us

| | | | | | |
|---|---|---|---|---|---|
| Products & Services (/products-and-services) | Industries (/industries) | Our Technology (/our-technology) | Case Studies (/case-studies) | About Us (/about-us) | Careers (/careers) |
| | | | | | Contact Us (/contact-us) |
| | Financial (/industries/financial) | Loomis Direct (/our-technology/loomis-direct) | | U.S. Management (/about-us/us-management) | Privacy Policy (/privacy-policy) |
| SafePoint (/products-and-services/safepoint) | Retail (/industries/retail) | | | | Terms of Use (/terms-of-use) |
| ATM Services (/products-and-services/atm-services) | Education (/industries/education) | Titan (/our-technology/titan) | | Loomis Timeline (/about-us/our-history) | |
| Cash Management (/products-and-services/cash-management) | Government (/industries/government) | | | BCP Plan (/about-us/bcp-plan) | |
| | Jewelry (/industries/jewelry) | | | Press Releases and News (/about-us/press-releases-and-news) | |
| Cash in Transit (/products-and-services/cash-in-transit) | Healthcare (/industries/healthcare) | | | | |
| Secure Logistics (/products-and-services/secure-logistics) | High-Value (/industries/high-value) | | | | |
| Cash Exchange (/products-and-services/cash-exchange) | | | | | |
| Full Solutions (/products-and-services/full-solutions) | | | | | |



**f** (https://www.face 1796745157225

**in** (https://www.linke



**y** (https://twitter.co

© 2018 Loomis Armored US, LLC. All rights reserved.

Case 4:18-cv-00047-BSM     Document 7-2     Filed 03/19/18     Page 3 of 3