ⓘ 0   (/about-us/bcp-plan) (/about-us/bcp-plan)

There are currently no alerts. Prepare yourself with our BCP Plan today and never be caught off guard.



(/)

# Locations

Our service network includes nearly 200 operating locations in the United States and Puerto Rico. We provide secure armored transport, ATM services, and cash management solutions—and we always operate in accordance with the strictest principles of risk management. Loomis U.S. is headquartered in Houston, Texas.

To find specific Loomis locations in your area, enter the city, state, or ZIP code into the map's search bar.

arkansas              Search Map              View nearest locations

Select a state

## Alabama

**Birmingham**

**Customer Support:** 205-322-3620 (tel:205-322-3620)
**Sales Inquiries:** 423-308-2653 (tel:423-308-2653)

517 35th Street North
Birmingham, AL 35222

**Huntsville**

**Customer Support:** 256-533-7161 (tel:256-533-7161)
**Sales Inquiries:** 423-308-2653 (tel:423-308-2653)

3210 9th Avenue SW
Huntsville, AL 35805

## Alaska

**Anchorage**

**Customer Support:** 907-563-3722 (tel:907-563-3722)
**Sales Inquiries:** 206-802-0412 (tel:206-802-0412)

1205 E. Dowling Road
Anchorage, AK 99518

**Fairbanks**

**Customer Support:** 907-474-0197 (tel:907-474-0197)
**Sales Inquiries:** 206-802-0412 (tel:206-802-0412)

3300 Airport Way
Fairbanks, AK 99709



## Arizona

**Bullhead City**

**Customer Support:** 928-763-7893 (tel:928-763-7893)
**Sales Inquiries:** 702-207-0112 (tel:702-207-0112)

1642 N. Oatman Road Suite F

**Flagstaff**

**Customer Support:** 928-714-0894 (tel:928-714-0894)
**Sales Inquiries:** 480-612-6169 (tel:480-612-6169)

5350 E. Penstock Avenue

**Tempe**

**Customer Support:** 480-612-6900 (tel:480
**Sales Inquiries:** 480-612-6169 (tel:480-61

849 West 24th Street

Bullhead City, AZ 86442

Flagstaff, AZ 86004

Tempe, AZ 85282

**Tucson**
**Customer Support:** 520-792-3424 (tel:520-792-3424)
**Sales Inquiries:** 480-612-6169 (tel:480-612-6169)

2051 N 13th Avenue
Tucson, AZ 85705

**Yuma**
**Customer Support:** 928-783-9445 (tel:928-783-9445)
**Sales Inquiries:** 480-612-6169 (tel:480-612-6169)

665 S. Madison Avenue
Yuma, AZ 85364

## Arkansas

**Fayetteville/Fort Smith**
**Customer Support:** 479-521-0002 (tel:479-521-0002)
**Sales Inquiries:** 800-372-5502 (tel:800-372-5502)

10049 N. Campbell Rd.
Fayetteville, AR 72701

**Jonesboro**
**Customer Support:** 870-932-6782 (tel:870-932-6782)
**Sales Inquiries:** 615-916-4481 (tel:615-916-4481)

6604 Hwy 1 S
Jonesboro, AR 72404

**Little Rock**
**Customer Support:** 501-372-5502 (tel:50:
**Sales Inquiries:** 800-372-5502 (tel:800-37

1300 South Chester
Little Rock, AR 72202

## California

**Eureka**
**Customer Support:** 707-269-9462 (tel:707-269-9462)
**Sales Inquiries:** 503-289-8478 (tel:503-289-8478)

852 West Wabash
Eureka, CA 95501

**Fresno**
**Customer Support:** 559-454-7600 (tel:559-454-7600)
**Sales Inquiries:** 503-289-8478 (tel:503-289-8478)

2892 East Dorothy Avenue
Fresno, CA 93706

**Los Angeles**
**Customer Support:** 213-531-0406 (tel:21:
**Sales Inquiries:** 213-321-5174 (tel:213-32

656 South Vail Ave
Montebello, CA 90640

**Los Angeles - Secure Logistics Branch**
**Customer Support:** 213-415-0557 (tel:213-415-0557)
**Sales Inquiries:** 213-415-0557 (tel:213-415-0557)

550 South Hill Street, St 1214
Los Angeles, CA 90013

**Milpitas/San Jose**
**Customer Support:** 408-273-1101 (tel:408-273-1101)
**Sales Inquiries:** 510-774-4086 (tel:510-774-4086)

897 Wrigley Way
Milpitas, CA 95035

**North Hollywood**
**Customer Support:** 213-531-0406 (tel:21:
**Sales Inquiries:** 213-321-5174 (tel:213-32

8116 Lankershim Blvd.
North Hollywood, CA 91605

**Ontario**
**Customer Support:** 909-947-9797 (tel:909-947-9797)
**Sales Inquiries:** 213-321-5174 (tel:213-321-5174)

1375 East Acacia Street
Ontario, CA 91761

**Redding**
**Customer Support:** 530-222-0687 (tel:530-222-0687)
**Sales Inquiries:** 253-203-2184 (tel:253-203-2184)

810 Industrial St.
Redding, CA 96002

**Richmond, CA**
**Customer Support:** 510-233-9200 (tel:51(
**Sales Inquiries:** 510-774-4086 (tel:510-77

3200 Regatta Blvd, Bldg B
Richmond, CA 94804

**Sacramento**
**Customer Support:** 916-431-4573 (tel:916-431-4573)
**Sales Inquiries:** 510-774-4086 (tel:510-774-4086)

1717 E Street
Sacramento, CA 95811

**San Diego**
**Customer Support:** 619-232-5106 (tel:619-232-5106)
**Sales Inquiries:** 213-321-5174 (tel:213-321-5174)

3555 Aero Ct.
San Diego, CA 92123

**Stockton**
**Customer Support:** 209-943-4700 (tel:20!
**Sales Inquiries:** 510-774-4086 (tel:510-77

243 North Union Street
Stockton, CA 95205

## Colorado

**Colorado Springs**
**Customer Support:** 713-278-5010 (tel:713-278-5010)
**Sales Inquiries:** 303-214-1603 (tel:303-214-1603)

485 Elkton Drive, Suite A
Colorado Springs, CO 80907

**Denver**
**Customer Support:** 303-214-1600 (tel:303-214-1600)
**Sales Inquiries:** 303-214-1603 (tel:303-214-1603)

17650 E. 32nd Place
Aurora, CO 80011

**Grand Junction**
**Customer Support:** 970-243-9534 (tel:97(
**Sales Inquiries:** 303-214-1603 (tel:303-21

2458 I-70 Business Loop, Suite B2
Grand Junction, CO 81501

## Connecticut

### Durham

**Customer Support:** 860-349-2000 (tel:860-349-2000)
**Sales Inquiries:** 508-880-1250 (tel:508-880-1250)

39 Ozick Drive
Durham, CT 06422

## Florida

### Fort Myers

**Customer Support:** 239-936-8068 (tel:239-936-8068)
**Sales Inquiries:** 407-581-5216 (tel:407-581-5216)

2485 N. Airport Road
Fort Myers, FL 33907

### Jacksonville

**Customer Support:** 904-398-2092 (tel:904-398-2092)
**Sales Inquiries:** 786-437-6114 (tel:786-437-6114)

3111 Spring Park Road
Jacksonville, FL 32207

### Miami

**Customer Support:** 786-437-6101 (tel:786-437-6101)
**Sales Inquiries:** 786-437-6114 (tel:786-437-6114)

1089 NW 20th Street
Miami, FL 33127

### Ocala

**Customer Support:** 352-351-4024 (tel:352-351-4024)
**Sales Inquiries:** 407-581-5216 (tel:407-581-5216)

4482 SW Hwy 40
Ocala, FL 34482

### Orlando

**Customer Support:** 407-422-5010 (tel:407-422-5010)
**Sales Inquiries:** 407-581-5216 (tel:407-581-5216)

9031 Tradeport Drive
Orlando, FL 32827

### Pensacola

**Customer Support:** 850-969-0233 (tel:850-969-0233)
**Sales Inquiries:** 205-917-5204 (tel:205-917-5204)

8800 Ely Rd.
Pensacola, FL 32514

### Tallahassee

**Customer Support:** 850-385-9652 (tel:850-385-9652)
**Sales Inquiries:** 305-324-4900 (tel:305-324-4900)

1580 N. Monroe Street, Unit 5
Tallahassee, FL 32303

### Tampa

**Customer Support:** 813-223-6822 (tel:813-223-6822)
**Sales Inquiries:** 407-581-5216 (tel:407-581-5216)

2030 Massaro Blvd.
Tampa, FL 33619

### West Palm Beach

**Customer Support:** 561-881-9184 (tel:561-881-9184)
**Sales Inquiries:** 786-437-6114 (tel:786-437-6114)

1309 53rd Street
Mangolia Park, FL 33407

## Georgia

### Athens

**Customer Support:** 706-546-0663 (tel:706-546-0663)
**Sales Inquiries:** 404-937-2052 (tel:404-937-2052)

255 Commerce Blvd #14
Bogart, GA 30622

### Atlanta

**Customer Support:** 404-876-6484 (tel:404-876-6484)
**Sales Inquiries:** 404-937-2052 (tel:404-937-2052)

3635 Southside Industrial Parkway
Atlanta, GA 30354

### Augusta

**Customer Support:** 706-722-1186 (tel:706-722-1186)
**Sales Inquiries:** 404-937-2052 (tel:404-937-2052)

490 Bay Street
Augusta, GA 30901

### Columbus, GA

**Customer Support:** 706-565-7748 (tel:706-565-7748)
**Sales Inquiries:** 404-937-2052 (tel:404-937-2052)

6027 Business Park Dr. Suite B
Columbus, GA 31909

### Macon

**Customer Support:** 478-475-9191 (tel:478-475-9191)
**Sales Inquiries:** 404-937-2052 (tel:404-937-2052)

4565 Knight Rd.
Macon, GA 31220

### Norcross

**Customer Support:** 770-416-6411 (tel:770-416-6411)
**Sales Inquiries:** 404-937-2052 (tel:404-937-2052)

300 Summerour St.
Norcross , GA 30071

### Savannah

**Customer Support:** 912-961-6222 (tel:912-961-6222)
**Sales Inquiries:** 407-581-5216 (tel:407-581-5216)

785 King George Blvd, Building 3
Savannah, GA 31419

### Tifton

**Customer Support:** 229-387-8905 (tel:229-387-8905)
**Sales Inquiries:** 404-937-2052 (tel:404-937-2052)

2514 S Carpenter Rd.
Tifton, GA 31793

## Hawaii

### Hilo

**Customer Support:** 808-961-6929 (tel:808-961-6929)
**Sales Inquiries:** 253-203-2184 (tel:253-203-2184)

7 Kukila St., Suite 1
Hilo, HI 96720

### Honolulu

**Customer Support:** 808-841-7511 (tel:808-841-7511)
**Sales Inquiries:** 253-203-2184 (tel:253-203-2184)

1540 Kalani Street
Honolulu, HI 96817

### Kauai

**Customer Support:** 808-245-9530 (tel:808-245-9530)
**Sales Inquiries:** 253-203-2184 (tel:253-203-2184)

1544 Haleukana St. Bay 16
Lihue, HI 96766

**Kona**

**Customer Support:** 808-329-4281 (tel:808-329-4281)
**Sales Inquiries:** 808-864-3575 (tel:808-864-3575)

73-5569 Maiau Street, Suite 109
Kailua-Kona, HI 96740

**Maui**

**Customer Support:** 808-871-0735 (tel:808-871-0735)
**Sales Inquiries:** 253-203-2184 (tel:253-203-2184)

360 Hoohana Street B101
Kahului, HI 96732

## Idaho

**Boise**

**Customer Support:** 208-947-1675 (tel:208-947-1675)
**Sales Inquiries:** 206-802-0412 (tel:206-802-0412)

51 N Beach Street
Boise, ID 83706

**Pocatello**

**Customer Support:** 802-238-7885 (tel:802-238-7885)
**Sales Inquiries:** 702-207-0112 (tel:702-207-0112)

1261 Wilson, Suite A
Pocatello, ID 83201

## Illinois

**Bloomington**

**Customer Support:** 309-828-4414 (tel:309-828-4414)
**Sales Inquiries:** 313-826-3426 (tel:313-826-3426)

212 Stillwell
Bloomington, IL 61701

**Chicago**

**Customer Support:** 630-354-2595 (tel:630-354-2595)
**Sales Inquiries:** 313-826-3426 (tel:313-826-3426)

8040 S. Madison
Burr Ridge, IL 60527

## Indiana

**Fort Wayne**

**Customer Support:** 574-263-5544 (tel:574-263-5544)
**Sales Inquiries:** 317-632-3421 x2472 (tel:317-632-3421 x2472)

3667 East 100 South
Pierceton, IN 46562

**Indianapolis**

**Customer Support:** 317-632-3421 (tel:317-632-3421)
**Sales Inquiries:** 317-808-9795 (tel:317-808-9795)

122 N. College Avenue
Indianapolis, IN 46202

## Iowa

**Davenport/Cedar Rapids**

**Customer Support:** 563-381-2900 (tel:563-381-2900)
**Sales Inquiries:** 414-462-9162 x2527 (tel:414-462-9162 x2527)

2380 Westlake Boulevard
Davenport, IA 52804

## Kansas

**Wichita**

**Customer Support:** 316-267-0269 (tel:316-267-0269)
**Sales Inquiries:** 303-214-1603 (tel:303-214-1603)

419 Wabash
Wichita, KS 67214

## Kentucky

**Louisville**

Customer Support: 502-614-4980 (tel:502-614-4980)
Sales Inquiries: 317-808-9795 (tel:317-808-9795)

1722 Bluegrass Court
Louisville, KY 40299

**Louisville - Secure Logistics Branch**

Customer Support: 502-340-1201 (tel:502-340-1201)
Sales Inquiries: 502-340-1201 (tel:502-340-1201)

911 Grade Lane, Bldg. 118
Louisville, KY 40213

## Louisiana

**Baton Rouge**

Customer Support: 225-325-3164 (tel:225-325-3164)
Sales Inquiries: 225-325-3171 (tel:225-325-3171)

2899 Lt. General Ben Davis Jr. Ave.
Baton Rouge, LA 70807

**Lake Charles**

Customer Support: 337-625-5672 (tel:337-625-5672)
Sales Inquiries: 225-325-3171 (tel:225-325-3171)

2314 East Burton St
Sulphur, LA 70663

**New Orleans**

Customer Support: 504-822-0701 (tel:504
Sales Inquiries: 225-325-3171 (tel:225-32

2600 Poydras Street
New Orleans, LA 70119

**Shreveport**

Customer Support: 318-425-3201 (tel:318-425-3201)
Sales Inquiries: 225-325-3171 (tel:225-325-3171)

1124 Forum Dr
Shreveport, LA 71107

## Maine

**Bangor**

Customer Support: 207-989-1274 (tel:207-989-1274)
Sales Inquiries: 603-421-2929 x2085 (tel:603-421-2929 x2085)

16 Hersey Drive
Brewer, ME 04412

**Portland, ME**

Customer Support: 207-854-4500 (tel:207-854-4500)
Sales Inquiries: 603-421-2929 x2085 (tel:603-421-2929 x2085)

30 Bradley Drive
Westbrook, ME 04092

## Maryland

**Baltimore**

Customer Support: 410-325-8800 (tel:410-325-8800)
Sales Inquiries: 443-921-8921 (tel:443-921-8921)

4979 Mercantile Rd.
Baltimore, MD 21236

## Massachusetts

**Boylston**

Customer Support: 508-869-4027 (tel:508-869-4027)
Sales Inquiries: 508-880-1250 (tel:508-880-1250)

50 Shrewsbury Street
Boylston, MA 01505

**Springfield, MA**

Customer Support: 413-564-0336 (tel:413-564-0336)
Sales Inquiries: 508-880-1250 (tel:508-880-1250)

28 Ponders Hollow Road
Westfield, MA 01085

**Taunton**

Customer Support: 508-824-0117 (tel:508
Sales Inquiries: 508-880-1250 (tel:508-88

85 Constitution Drive
Taunton, MA 02780

**Wakefield**

Customer Support: 781-246-0320 (tel:781-246-0320)
Sales Inquiries: 508-880-1250 (tel:508-880-1250)

1105 Main Street
Wakefield, MA 01880

## Michigan

**Detroit**
Customer Support: 313-826-3440 (tel:313-826-3440)
Sales Inquiries: 313-826-3426 (tel:313-826-3426)

15045 Hamilton
Highland Park, MI 48203

**Flint**
Customer Support: 810-785-3000 (tel:810-785-3000)
Sales Inquiries: 313-826-3426 (tel:313-826-3426)

G6129 North Dort Hwy.
Mt. Morris, MI 48458

**Grand Rapids**
Customer Support: 616-785-8771 (tel:616
Sales Inquiries: 313-826-3426 (tel:313-82

871 West River Center
Comstock Park, MI 49321

**West Branch**
Customer Support: 989-345-5820 (tel:989-345-5820)
Sales Inquiries: 313-826-3426 (tel:313-826-3426)

600 South Valley Street
West Branch, MI 48661

## Minnesota

**Duluth**
Customer Support: 218-722-2848 (tel:218-722-2848)
Sales Inquiries: 414-462-9162 x2527 (tel:414-462-9162 x2527)

4214 Enterprise Circle
Duluth, MN 55811

**St. Paul**
Customer Support: 651-645-4511 (tel:651-645-4511)
Sales Inquiries: 414-462-9162 x2527 (tel:414-462-9162 x2527)

999 7th Street East
St. Paul, MN 55106

## Mississippi

**Hattiesburg**
Customer Support: 601-583-4461 (tel:601-583-4461)
Sales Inquiries: 601-354-5405 (tel:601-354-5405)

1524 Adline
Hattiesburg, MS 39401

**Jackson**
Customer Support: 601-353-5405 (tel:601-353-5405)
Sales Inquiries: 601-354-5405 (tel:601-354-5405)

1625 G Handy Avenue
Jackson, MS 39204

**Meridian**
Customer Support: 601-482-8900 (tel:60
Sales Inquiries: 601-354-5405 (tel:601-35

1800 5th Avenue, Suite D
Meridian, MS 39301

**Tupelo**
Customer Support: 662-331-2054 (tel:662-331-2054)
Sales Inquiries: 615-916-4481 (tel:615-916-4481)

677 W. Main Street
Tupelo, MS 38804

## Missouri

**Kansas City**
Customer Support: 816-587-7444 (tel:816-587-7444)
Sales Inquiries: 303-214-1603 (tel:303-214-1603)

300 NW Parkway
Riverside, MO 64150

**Springfield, MO**
Customer Support: 417-865-5700 (tel:417-865-5700)
Sales Inquiries: 303-214-1603 (tel:303-214-1603)

530 West McDaniel Street
Springfield, MO 65806

**St. Louis**
Customer Support: 314-835-9070 (tel:314
Sales Inquiries: 303-214-1603 (tel:303-21

1 Moxie Place
Earth City, MO 63045

## Nebraska

**Omaha**
Customer Support: 402-342-6200 (tel:402-342-6200)
Sales Inquiries: 414-462-9162 x2527 (tel:414-462-9162 x2527)

3937 Leavenworth St.

Omaha, NE 68105

## Nevada

**Las Vegas (PILB 848)**

Customer Support: 702-457-0105 (tel:702-457-0105)
Sales Inquiries: 702-207-0112 (tel:702-207-0112)

3370 Palm Parkway
Las Vegas, NV 89104

**Reno (PILB 848)**

Customer Support: 775-857-6800 (tel:775-857-6800)
Sales Inquiries: 702-207-0112 (tel:702-207-0112)

4904 Ampere Dr.
Reno, NV 89502

## New Hampshire

**Manchester**

Customer Support: 603-421-2929 (tel:603-421-2929)
Sales Inquiries: 603-421-2929 x2085 (tel:603-421-2929 x2085)

520 Mammoth Rd.
Manchester, NH 03108

## New Jersey

**Lyndhurst**

Customer Support: 201-939-2700 (tel:201-939-2700)
Sales Inquiries: 856-317-2617 (tel:856-317-2617)

701 Kingsland Avenue
Lyndhurst, NJ 07071

**Pennsauken**

Customer Support: 856-317-2600 (tel:856-317-2600)
Sales Inquiries: 856-317-2617 (tel:856-317-2617)

1601 Hylton Road
Pennsauken, NJ 08110

**Trenton**

Customer Support: 609-588-6847 ext. 13
588-6847 ext. 1336)
Sales Inquiries: 856-317-2617 (tel:856-31

7 South Gold Drive
Trenton, NJ 08691

## New Mexico

**Albuquerque**

Customer Support: 505-344-9444 (tel:505-344-9444)
Sales Inquiries: 480-612-6169 (tel:480-612-6169)

624 Industrial Avenue NE
Albuquerque, NM 87107

## New York

**Albany, NY**

Customer Support: 518-438-9074 (tel:518-438-9074)
Sales Inquiries: 585-869-6860 (tel:585-869-6860)

21 Railroad Avenue
Colonie, NY 12205

**Buffalo**

Customer Support: 716-684-9600 (tel:716-684-9600)
Sales Inquiries: 585-869-6860 (tel:585-869-6860)

58 Ellicott Road
Cheektowaga, NY 14227

**Hicksville**

Customer Support: 516-681-0895 (tel:51
Sales Inquiries: 856-317-2617 (tel:856-31

74 Alpha Plaza
Hicksville, NY 11801

**Massena**

Customer Support: 315-323-5210 (tel:315-323-5210)
Sales Inquiries: 585-924-2455 (tel:585-924-2455)

216 E. Orvis Street
Massena, NY 13662

**New York - Secure Logistics Branch**

Customer Support: 212-382-1182 x113 (tel:212-382-1182 x113)
Sales Inquiries: 212-382-1182 x113 (tel:212-382-1182 x113)

580 Fifth Ave Room 401
New York, NY 10036

**Newburgh**

Customer Support: 845-567-6039 (tel:84
Sales Inquiries: 856-317-2617 (tel:856-31

25 Stone Castle Rd.
Rock Tavern, NY 12575

**Rochester**

**Customer Support:** 585-758-5050 (tel:58!
**Sales Inquiries:** 585-869-6860 (tel:585-86

65 Vantage Point Drive
Rochester, NY 14624

**Syracuse**

**Customer Support:** 315-433-1121 (tel:315-433-1121)
**Sales Inquiries:** 585-869-6860 (tel:585-869-6860)

6605 Joy Road
East Syracuse, NY 13057

**Utica**

**Customer Support:** 315-738-1347 (tel:315-738-1347)
**Sales Inquiries:** 585-924-2455 (tel:585-924-2455)

508 Broad Street
Utica, NY 13502

## North Carolina

**Asheville**

**Customer Support:** 828-654-9220 (tel:828-654-9220)
**Sales Inquiries:** 423-593-0398 (tel:423-593-0398)

14 Business Park Circle
Arden, NC 28704

**Charlotte**

**Customer Support:** 704-916-8588 (tel:704-916-8588)
**Sales Inquiries:** 423-593-0398 (tel:423-593-0398)

3221 Stafford Drive
Charlotte, NC 28208

**Fayetteville**

**Customer Support:** 910-483-7973 (tel:910
**Sales Inquiries:** 423-593-0398 (tel:423-59

845 Tom Starling Road
Fayetteville, NC 28306

**Raleigh**

**Customer Support:** 919-469-5992 (tel:919-469-5992)
**Sales Inquiries:** 423-593-0398 (tel:423-593-0398)

125 Nova Drive
Morrisville, NC 27560

**Wilmington - Satellite Branch**

**Customer Support:** 910-483-7973 (tel:910-483-7973)
**Sales Inquiries:** 423-593-0398 (tel:423-593-0398)

3310 Merchant Court
Wilmington, NC 28405

**Winston-Salem**

**Customer Support:** 336-993-8082 (tel:33(
**Sales Inquiries:** 423-593-0398 (tel:423-59

110 Majestic Way Court
Kernersville, NC 27284

## Ohio

**Cleveland**

**Customer Support:** 216-662-9736 (tel:216-662-9736)
**Sales Inquiries:** 317-808-9795 (tel:317-808-9795)

4956 Neo Parkway
Garfield Heights, OH 44128

**Columbus, OH**

**Customer Support:** 614-258-8516 (tel:614-258-8516)
**Sales Inquiries:** 317-808-9795 (tel:317-808-9795)

3025 E 14th Ave
Columbus, OH 43219

## Oklahoma

**Oklahoma City**

**Customer Support:** 405-232-9208 (tel:405-232-9208)
**Sales Inquiries:** 405-234-3016 (tel:405-234-3016)

1610 NE 4th Street
Oklahoma City, OK 73117

**Tulsa**

**Customer Support:** 918-583-6400 (tel:918-583-6400)
**Sales Inquiries:** 405-234-3016 (tel:405-234-3016)

1600 N Mingo Rd
Tulsa, OK 74115

## Oregon

**Medford**

**Customer Support:** 541-772-0616 (tel:541-772-0616)
**Sales Inquiries:** 503-289-8478 (tel:503-289-8478)

554 Business Park Dr.
Medford, OR 97501

**Portland, OR**

**Customer Support:** 503-289-8478 (tel:503-289-8478)
**Sales Inquiries:** 503-289-8478 (tel:503-289-8478)

6645 N Ensign St
Portland, OR 97217

**Roseburg**

**Customer Support:** 541-679-3804 (tel:54'
**Sales Inquiries:** 503-289-8478 (tel:503-28

476 Industrial Drive
Roseburg, OR 97470

## Pennsylvania

**Erie**

**Customer Support:** 814-456-1233 (tel:814-456-1233)
**Sales Inquiries:** 317-808-9795 (tel:317-808-9795)

117 East 21st Street
Erie, PA 16503

**Pittsburgh**

**Customer Support:** 317-808-9795 (tel:317-808-9795)
**Sales Inquiries:** 317-632-3421 x2472 (tel:317-632-3421 x2472)

1610 Parkway View Drive
Pittsburgh, PA 15205

## Puerto Rico

**Guayanilla**

**Customer Support:** 787-758-0500 (tel:787-758-0500)
**Sales Inquiries:** 786-437-6114 (tel:786-437-6114)

Calle Dr. Barbosa final #2
Guayanilla, PR 00656

**San Juan**

**Customer Support:** 787-758-0500 (tel:787-758-0500)
**Sales Inquiries:** 786-437-6114 (tel:786-437-6114)

Calle Ganges #10 Urb. Industrial El Paraiso
Rio Piedras, PR 00926

**US Virgin Islands**

**Customer Support:** 787-758-0500 (tel:78:
**Sales Inquiries:** 305-324-4900 (tel:305-32

PO Box 191666
San Juan, PR 00919

## South Carolina

**Charleston, SC**

**Customer Support:** 843-769-6553 (tel:843-769-6553)
**Sales Inquiries:** 423-593-0398 (tel:423-593-0398)

1941 Savage Rd Ste 400E
Charleston, SC 29407

**Columbia**

**Customer Support:** 803-765-9302 (tel:803-765-9302)
**Sales Inquiries:** 423-593-0398 (tel:423-593-0398)

95 Sunbelt Blvd Suite A
Columbia, SC 29203

**Greenville**

**Customer Support:** 864-297-5150 (tel:86:
**Sales Inquiries:** 423-593

1040 Thousand Oaks Blvd. Ste. B
Greenville, SC 29607

**Myrtle Beach - Satellite Branch**

**Customer Support:** 843-769-6553 (tel:843-769-6553)
**Sales Inquiries:** 423-593-0398 (tel:423-593-0398)

1717 Husted Road
Conway, SC 29526

## Tennessee

**Chattanooga**

**Customer Support:** 423-622-6043 (tel:423-622-6043)
**Sales Inquiries:** 423-308-2653 (tel:423-308-2653)

2305 Dodson Avenue, Suite B
Chattanooga, TN 37406

**Jackson, TN**

**Customer Support:** 901-527-6551 (tel:901-527-6551)
**Sales Inquiries:** 615-916-4481 (tel:615-916-4481)

44 Warehouse Courtyard, Unit 106
Jackson, TN 38301

**Knoxville**

**Customer Support:** 865-291-6744 (tel:86:
**Sales Inquiries:** 423-308-2653 (tel:423-30

120 Metroplex Ct.
Knoxville, TN 37917

**Memphis**

**Customer Support:** 901-527-6551 (tel:901-527-6551)
**Sales Inquiries:** 615-916-4481 (tel:615-916-4481)

2600 Southern Avenue
Memphis, TN 38111

**Nashville**

**Customer Support:** 615-227-4370 (tel:615-227-4370)
**Sales Inquiries:** 615-916-4481 (tel:615-916-4481)

3020 Brick Church Pike
Nashville, TN 37207

**Tri-Cities**

**Customer Support:** 423-791-1021 (tel:42:
**Sales Inquiries:** 423-308-2653 (tel:423-30

2020B Brookside Lane
Kingsport, TN 37660

## Texas

**Amarillo**

**Customer Support:** 806-374-4281 (tel:806-374-4281)
**Sales Inquiries:** 214-272-5674 (tel:214-272-5674)

1610 East 2nd Street
Amarillo, TX 79106

**Austin**

**Customer Support:** 512-476-7592 (tel:512-476-7592)
**Sales Inquiries:** 214-272-5674 (tel:214-272-5674)

1400 Smith Road, #2
Austin, TX 78721

**Dallas**

**Customer Support:** 214-272-5651 (tel:21:
**Sales Inquiries:** 214-272-5674 (tel:214-27

1655 Vilbig Road
Dallas, TX 75208

**El Paso**

Customer Support: 915-566-9468 (tel:915-566-9468)
Sales Inquiries: 480-612-6169 (tel:480-612-6169)

3131 Gateway West Blvd.
El Paso, TX 79903

**Harligen**

Customer Support: 956-687-8701 (tel:956-687-8701)
Sales Inquiries: 713-292-7107 (tel:713-292-7107)

1424 W. Polk Ave.
Pharr, TX 78577

**Houston**

Customer Support: 713-227-0344 (tel:71
Sales Inquiries: 713-292-1107 (tel:713-29

9225 Park South View
Houston, TX 77051

**Houston, TX - Headquarters**

Customer Support: 713-227-0344 (tel:713-227-0344)
Sales Inquiries: 713-292-1107 (tel:713-292-1107)

2500 Citywest Blvd
Houston, TX 77042

**Lubbock**

Customer Support: 806-747-2362 (tel:806-747-2362)
Sales Inquiries: 214-272-5674 (tel:214-272-5674)

1303 North Ash Avenue
Lubbock, TX 79403

**San Antonio**

Customer Support: 210-226-0195 (tel:210
Sales Inquiries: 713-292-7107 (tel:713-29

611 S. Presa Street
San Antonio, TX 78210

**Tyler**

Customer Support: 903-581-7231 (tel:903-581-7231)
Sales Inquiries: 214-272-5674 (tel:214-272-5674)

3410 S. Southwest Loop 323, #A
Tyler, TX 75701

**Waco**

Customer Support: 254-753-1826 (tel:254-753-1826)
Sales Inquiries: 214-272-5674 (tel:214-272-5674)

715 Jefferson
Waco, TX 76701

## Utah

**Salt Lake City**

Customer Support: 801-972-1431 (tel:801-972-1431)
Sales Inquiries: 702-207-0112 (tel:702-207-0112)

2535 W. California Avenue
Salt Lake City, UT 84104

**St. George**

Customer Support: 435-688-0805 (tel:435-688-0805)
Sales Inquiries: 702-207-0112 (tel:702-207-0112)

1812 West Sunset Blvd., Ste. 28
St. George, UT 84770

## Vermont

**Burlington**

Customer Support: 802-951-9122 (tel:802-951-9122)
Sales Inquiries: 603-421-2929 x2085 (tel:603-421-2929 x2085)

446 Avenue D., Suite 10
Williston, VT 05495

## Virginia

**Chesapeake**

Customer Support: 757-413-2400 (tel:757-413-2400)
Sales Inquiries: 804-461-2203 (tel:804-461-2203)

500 Woodlake Circle Suite F
Chesapeake, VA 23320

**Richmond, VA**

Customer Support: 804-756-7080 (tel:804-756-7080)
Sales Inquiries: 804-461-2203 (tel:804-461-2203)

7217 West Broad Street, Suite B
Henrico, VA 23294

**Roanoke**

Customer Support: 540-992-4111 (tel:540
Sales Inquiries: 804-461-2203 (tel:804-46

738A Lee Highway, Suite A
Roanoke, VA 24019

**Springfield, VA**

Customer Support: 703-866-0400 (tel:703-866-0400)
Sales Inquiries: 301-256-1467 (tel:301-256-1467)

8015 Corporate Court
Springfield, VA 22153

## Washington

**Ellensburg**

**Seattle**

**Spokane**

**Customer Support:** 509-933-5100 (tel:509-933-5100)
**Sales Inquiries:** 206-802-0412 (tel:206-802-0412)

2111 Old Highway 10
Ellensburg, WA 98926

**Customer Support:** 206-762-0770 (tel:206-762-0770)
**Sales Inquiries:** 206-802-0412 (tel:206-802-0412)

5200 E. Marginal Way South
Seattle, WA 98134

**Customer Support:** 509-535-6910 (tel:509
**Sales Inquiries:** 206-802-0412 (tel:206-80

6202 N Freya Ave
Spokane, WA 99217

**Tacoma**

**Customer Support:** 253-475-4225 (tel:253-475-4225)
**Sales Inquiries:** 253-203-2184 (tel:253-203-2184)

3716 S. G Street
Tacoma, WA 98418

# West Virginia

**Charleston**

**Customer Support:** 304-340-0208 (tel:304-340-0208)
**Sales Inquiries:** 804-461-2203 (tel:804-461-2203)

414 Bream Street
Charleston, WV 25387

**Clarksburg**

**Customer Support:** 304-842-0301 (tel:304-842-0301)
**Sales Inquiries:** 804-461-2203 (tel:804-461-2203)

117 Giraffe Hill Drive
Bridgeport, WV 26330

# Wisconsin

**Green Bay**

**Customer Support:** 920-435-5910 (tel:920-435-5910)
**Sales Inquiries:** 414-462-9162 x2527 (tel:414-462-9162 x2527)

1232 Elizabeth St
Green Bay, WI 54302

**Madison**

**Customer Support:** 608-274-4236 (tel:608-274-4236)
**Sales Inquiries:** 414-462-9162 x2527 (tel:414-462-9162 x2527)

2917 Perry St.
Madison, WI 53713

**Milwaukee**

**Customer Support:** 414-462-9162 (tel:41
**Sales Inquiries:** 414-462-9162 x2527 (tel:
x2527)

5920 W. Bender Ct
Milwaukee, WI 53218

Find out how we can help you with your cash management

Contact Us

s r ic s cas          i    a
   ana    nt         ind stri s i
  as in ransit        a
  rod cts and
s r ic s cas in
transit
  c r Lo istics
  rod cts and
s r ic s s c r
o istics
  as    c an
  rod cts and
s r ic s cas
  c an
    o  tions
  rod cts and
s r ic s
so tions

**f**
  tt s       ac

**in**
  tt s       in

**🐦**
  tt s   t itt r co

         Loo is r or d
LL    ri tsrsr d