0    (/about-us/bcp-plan) (/about-us/bcp-plan)
      There are currently no alerts. Prepare yourself with our BCP Plan today and never be caught off guard.


(/)

## Cash in Transit

No matter the size of your business, you need a safe, secure, and economical way of getting your cash deposits to the bank, all while maintaining the best possible cash flow.

**Related Case Studies**

**Citizens Bank**
Loomis helped Citizens Bank a reduction in costs by 29%.
(/case-studies/citizens-bank)



**KeyBank**
KeyBank gets ROI in < 2 years 60% of their vault operations t (/case-studies/keybank)

Our Cash in Transit service does just that by eliminating employee trips to the bank—lowering risk to employees and customers, increasing security by reducing opportunities for theft, and creating a customized cash transportation schedule with cash collections that reduce your costs.

Cash in Transit Broch

Maintain cash flow and get cas the bank securely, safely, and

## Benefits

Find a Location Near

### Time Management
Eliminate staff trips to the bank, freeing up staff time to invest in your customers and employees.

### Safety
Prevent street attacks on staff to reduce risk to staff and the general public, and avoid unwanted publicity.

### Security
Increase security by reducing opportunities for theft.

### Save Money
Create a customized cash transportation schedule with cash collections that reduce your costs.

## How It Works

Cash in transit is the core of our business. Our secure transport vehicles collect and deliver cash and valuables daily across stores, banks, deposit boxes, and ATMs. We understand it is vital to ensure that the right amount of cash is available in the right place at the right time, and that's why we use special systems to optimize our routes.

### Cash in Transit is part of a complete secure cash ecosystem

We offer several complementary services that work together to create a comprehensive secure cash management system. Learn more about the individual components of our integrated solutions below:



ATM Services (/products-and-services/atm-services)
Cash Management (/products-and-services/cash-management)
SafePoint by Loomis (/products-and-services/safepoint)
Cash Exchange (/products-and-services/cash-exchange)

## Industries Related to Cash in Transit

### Education
Minimize risk to your students, staff, and visitors, so you can enhance your cash flow and get the most out of your banking relationships.

### Government
Enjoy the benefits of a large, well-capitalized company that emphasizes safety and security.

Find out how we can help you with your cash management

Contact Us

Products & Services (/products-and-services)

SafePoint (/products-and-services/safepoint)

ATM Services (/products-and-services/atm-services)

Cash Management (/products-and-services/cash-management)

Cash in Transit (/products-and-services/cash-in-transit)

Secure Logistics (/products-and-services/secure-logistics)

Cash Exchange (/products-and-services/cash-exchange)

Full Solutions (/products-and-services/full-solutions)

Industries (/industries)

Financial (/industries/financial)

Retail (/industries/retail)

Education (/industries/education)

Government (/industries/government)

Jewelry (/industries/jewelry)

Healthcare (/industries/healthcare)

High-Value (/industries/high-value)

Our Technology (/our-technology)

Loomis Direct (/our-technology/loomis-direct)

Titan (/our-technology/titan)

Case Studies (/case-studies)

About Us (/about-us)

U.S. Management (/about-us/us-management)

Loomis Timeline (/about-us/our-history)

BCP Plan (/about-us/bcp-plan)

Press Releases and News (/about-us/press-releases-and-news)

Careers (/careers)

Contact Us (/contact-us)

Privacy Policy (/privacy-policy)

Terms of Use (/terms-of-use)


(https://www.facebook.com/... 179674515722...)


(https://www.linkedin.com/...)

(https://twitter.com/...)

© 2018 Loomis Armored US, LLC. All rights reserved.