## DECLARATION OF PAUL NIGH

I, Paul Nigh, do state based on my own personal knowledge:

1. I worked for Loomis as an armored vehicle driver, guard, and messenger from approximately October 2015 until December 2017.

2. I worked out of Loomis' Fayetteville, Arkansas location.

3. I began my shift by reporting to the Fayetteville, Arkansas facility. At the facility, I was assigned my route and vehicle for the day.

4. The vehicles to which I would be assigned varied in size, but some of the vehicles weighed 10,000 pounds or less. I know the weight of the vehicles because that information was included in my training at Loomis. Loomis also had a sign inside the truck bay that showed different vehicles and their weight. Some of those vehicles weighed 10,000 pounds or less and were vehicles that I worked with.

5. The routes told me where I was supposed to travel that day. The routes also told me what customers to stop at and any other stops I needed to make that day.

6. I worked with different armored vehicle drivers, guards, and messengers during my time at Loomis. Regardless of the route we were driving, my job duties and the duties of the other Loomis employees I worked with were the same. These duties included driving, as well as loading and unloading, armored trucks and vans, including the vehicles that weighed 10,000 pounds or less.

7. At the end of the day, I reported back to the facility.



EXHIBIT H

8. I used a time clock to record my hours worked for the day.

9. While at Loomis, I routinely worked over 40 hours per workweek. Despite working over 40 hours per workweek, I was not paid overtime compensation for all my hours worked over 40. Instead, Loomis paid me and the other armored vehicle drivers, guards, and messengers our regular hourly rate for each hour we worked during the first 5 days of the workweek, including for our hours worked over 40.

10. During the workweeks in which I also worked on the weekends (which would be my 6th or 7th workday of the workweek), I would be paid one-and-a-half times my regular rate of pay for any overtime hours I worked on the 6th or 7th day only.

11. In 2017, I received notice of a lawsuit for overtime against Loomis pending in New York. I did not join that lawsuit because, at the time, I was still employed by Loomis and was afraid of being fired for joining the lawsuit. At that time, I talked with other Loomis employees about that lawsuit, but they were also afraid of being fired if they joined that case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2018.

*[signature]*
Paul Nigh