Case 1:16-cv-07350-AKH Document 60 Filed 06/29/17 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JAIME COLON, and other similarly-situated :
individuals, :    **ORDER CONDITIONALLY**
:    **CERTIFYING COLLECTIVE**
Plaintiff, :
:    16 Civ. 7350 (AKH)
-against- :
:
LOOMIS ARMORED US, LLC, :
:
Defendant. :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On November 16, 2016, plaintiff moved to conditionally certify a national collective consisting of all hourly armored vehicle drivers, guards, and messengers that worked for Loomis Armored US, LLC within the last three years. *See* Dkt. No. 14. On February 17, 2017, I denied that motion. *See* Dkt. No. 36. On May 11, 2017, I authorized notice of this action to a limited collective comprised of individuals who worked as hourly armored vehicle drivers, messengers, or guards for Loomis Armored, LLC at the Rock Tavern/Newburgh, New York location and drove or rode in a vehicle weighing less than 10,000 pounds from September 20, 2013 to the present. *See* Dkt. No. 45. Following plaintiff's renewed motion to certify a national collective, it is hereby ordered that:

        1. This action is conditionally certified as a representative collective action pursuant to the FLSA, 29 U.S.C. § 216(b), on behalf of all individuals who worked as hourly armored vehicle drivers, messengers, or guards for Loomis Armored, LLC and drove or rode in a vehicle weighing less than 10,000 pounds from September 20, 2013 to the present at any location in the United States, except for:

EXHIBIT
I

  a. Any location whose fleet records indicate has not had any vehicles weighing less than 10,000 pounds at any time from September 20, 2013 to present;

  b. Any location in which all hourly armored vehicle drivers, messengers, and guards have been paid overtime compensation at time-and-a-half (1.5) for all hours worked in excess of forty (40) in every applicable workweek through the period of September 20, 2013 to the present; and

  c. Defendant's San Antonio, Texas and Austin, Texas locations.

2. Within twenty-one (21) days of entry of this order, defendant shall produce to plaintiff's counsel in Excel file format the names, last known address, alternate addresses (if any), all known email addresses, dates of employment, and job titles of each member of the putative collective.

3. Plaintiff's counsel may serve the notice by both regular mail and e-mail, simultaneously.

4. The signed consents to be filed with the court do not need to have notarized signatures.

5. The Court has approved an opt-in period of forty-five (45) days from the date the notice is mailed to the list of putative class members. The notice shall be mailed within 7 days of plaintiff's counsel receiving the relevant information from defendant.

SO ORDERED.

Dated: June 29, 2017      _____
    New York, New York    ALVIN K. HELLERSTEIN
               United States District Judge

2