IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TONY HAWKINS, PAUL NIGH,**                                             **PLAINTIFFS**
**SHONDELL OLLISON, and CHARLIE**
**GRICE III, individually and on behalf of**
**others similarly situated**

v.                      **CASE NO. 4:18-CV-00047 BSM**

**LOOMIS ARMORED US, LLC**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of December 2018.

_____
UNITED STATES DISTRICT JUDGE